STATE OF NEW JERSEY v. CHARLES CLIFFORD.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE WATROUS.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN HEALY.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GARY GORDANO.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS TYRONE PURVIS, JR.

April 28, 1987.

Petition for certification denied.